UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81077-CIV-DIMITROULEAS

Michael A. Henry Bey
formerly known as
Michael Anthony Henry,

    Plaintiff,

vs.

The Bank of New York Mellon,
and DUKE PARTNERS II, LLC,

    Defendants.
_____/

## **ORDER IMPOSING SANCTIONS AS A VEXATIOUS LITIGANT**

THIS CAUSE is before the Court upon *pro se* Plaintiff Michael A. Henry Bey's ("Plaintiff")'s Response to Show Cause Order [DE 30], filed on June 17, 2019. The Court has carefully considered the Motion, and is otherwise fully advised in the premises.

The Court issued an Order to Show Cause on June 4, 2019, requiring Plaintiff to show cause why he should not be declared a vexatious litigant and prohibited from filing any further documents in this case without representation by an attorney. *See* [DE 25]. Plaintiff responded to the Order to Show Cause with another frivolous filing reiterating arguments already addressed by the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff is declared a **VEXATIOUS LITIGANT**. Plaintiff may not file any documents in the Court record related to this property without representation by an attorney licensed to practice in this Court. Any pleadings related to this property filed by Plaintiff without an attorney licensed to practice in this

1

Court will be immediately stricken. The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at the address listed below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of June, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

Michael A. Henry Bey
PO Box 11774
Riveria Beach, FL   33419-1774

2